**Dallas S. DeLuca, OSB #072992**
DallasDeLuca@MarowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Ave., Suite 3000
Portland, OR 97204
Telephone: (503) 295-3085
Fax: (503) 323-9105
    Attorney for Interpleader Plaintiff
    Standard Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,**<br><br>    Interpleader Plaintiff,<br><br>vs.<br><br>**ESTATE OF BRUCE JOSEPH KEELER, BY AND THROUGH ITS PERSONAL REPRESENTATIVE, HUGO BOWLES; NANCY JONES; DANIEL KEELER; DOUGLAS KEELER; and DUNCAN KEELER,**<br><br>    Defendants. | Case No. 3:18-cv-00494-AC<br><br>**ORDER GRANTING INTERPLEADER PLAINTIFF'S MOTION FOR JUDGMENT IN INTERPLEADER**<br><br>28 U.S.C § 1335 |

Standard Insurance Company's ("Standard") unopposed motion for judgment in interpleader is hereby granted, and it is ordered that:

    1.    Standard is discharged from any and all liability relating to or arising out of the Policy or the Policy proceeds described in the Complaint.

    2.    Standard is dismissed from the action.

    3.    Standard is awarded it reasonable attorneys' fees, disbursements and costs in an amount to be determined.

///

///

**1 – ORDER GRANTING INTERPLEADER PLAINTIFF'S MOTION FOR JUDGMENT IN INTERPLEADER**

4. Defendants are enjoined from commencing any action or proceeding against Standard relating to or arising out of the Policy proceeds or the Policy except as the Court may allow by further Court order pursuant to 28 U.S.C. § 2361.

5. Defendants are required to interplead and litigate in this Action their claims to the Policy proceeds in the Court's registry.

Dated this ~~24~~th day of June, 2018.

                                                                 U.S. ~~DISTRICT COURT~~ Magistrate JUDGE

Submitted by:

*/s/ Dallas S. DeLuca*
Dallas S. DeLuca, OSB #072992
DallasDeLuca@MarowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Ave., Suite 3000
Portland, OR 97204
Telephone: (503) 295-3085
Fax: (503) 323-9105
    Attorney for Interpleader Plaintiff
    Standard Insurance Company